SEALED

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
(916) 448-2900 FAX

FILED

SEP 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

Search of 3905 Glacier Court,
Vallejo, CA 94590

) NO. 2:08-SW-0385 GGH
)
) [PROPOSED] ORDER
)
) [IN CAMERA AND UNDER SEAL]
)

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

4

IT IS HEREBY ORDERED that the affidavit underlying the search warrant in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court <u>in camera</u> and <u>under seal</u> and shall not be disclosed to any person until the filing of the search warrant.※

Dated this 12th day of September, 2008.

By: __GREGORY G. HOLLOWS__
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

_Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney

※ Does not include attachment A and B which are not to be sealed. GGH

5